UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lily Poss, | Court File No. _____ |
| Plaintiff, | **MOTION TO DISMISS** |
| v. | |
| Eagle Lake Family Dentistry, P.A., | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Eagle Lake Family Dentistry, P.A., respectfully moves this Court for an Order dismissing Plaintiff's Complaint in its entirety because: (i) this Court lacks subject-matter jurisdiction over Plaintiff's Complaint due to Plaintiff's lack of standing under Article III of the U.S. Constitution; and (ii) Plaintiff's Complaint fails to state a claim upon which relief can be granted.

This motion shall be based upon all of the files and proceedings herein, a supporting memorandum of law to be submitted by Defendant in support of this motion, and the arguments of counsel.

Dated: October 28, 2013

**BRIGGS AND MORGAN, P.A.**

By: s/Sally A. Scoggin
John M. Degnan (#21817)
Sally A. Scoggin (#98358)
Michael C. Wilhelm (#387655)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

5790177v1