UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lily Poss,<br><br>    Plaintiff,<br><br>v.<br><br>Eagle Lake Family Dentistry, P.A.,<br><br>    Defendant. | Court File No. 0:13-cv-02951-RHK-SER<br><br>**AMENDED NOTICE OF HEARING ON MOTION TO DISMISS** |

PLEASE TAKE NOTICE that Eagle Lake Family Dentistry, P.A., will move this Court to dismiss Plaintiff's Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), before the Honorable Richard H. Kyle, at 9:00 A.M. on December 16, 2013, in Courtroom 7a of the United States District Court for the District of Minnesota, 334 Warren E. Burger Federal Courthouse, 316 N. Robert Street, St. Paul, MN 55101, or as soon thereafter as counsel may be heard.

Dated: October 29, 2013

**BRIGGS AND MORGAN, P.A.**

By: s/Sally A. Scoggin
    John M. Degnan (#21817)
    Sally A. Scoggin (#98358)
    Michael C. Wilhelm (#387655)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

5790506v1